| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JASPER SUPERIOR COURT |
| | ) | |
| COUNTY OF JASPER | ) | |

| | |
|---|---|
| TOMMY WAMPLER, | ) |
| PLAINTIFF, | ) |
| VS. | ) |
| | ) CASE NO. |
| NATIONAL COLLEGIATE STUDENT LOAN | ) |
| TRUST 2007-2, AND JAVITCH BLOCK LLC | ) |
| DEFENDANTS. | ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiff, TOMMY WAMPLER (hereinafter referred to as "MR. WAMPLER"), by counsel, Michael P. McIlree, for his Complaint against the Defendants, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2 ("NCSLT"), JAVITCH BLOCK LLC ("JAVITCH"), alleges and states the following:

### INTRODUCTION

**1.** This is an action for damages brought by the Plaintiff on behalf of Mr. Wampler, ("Mr. Wampler"), for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

**2.** This Court has jurisdiction over the claims in this matter as Plaintiff resides in this jurisdiction and the conduct complained of occurred here.

### PARTIES

**3.** Mr. Wampler is an individual consumer currently residing in Jasper County, Indiana.

1

4. Javitch Block LLC is a debt collector who acts as a collection agency who collects debts nationwide and in the State of Indiana.

5. Javitch Block LLC is a debt collector as defined by 15 U.S.C. § 1692a(6). Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

6. Defendant, National Collegiate Student Loan Trust 2007-2 (hereinafter referred to as "NCSLT") is a Delaware statutory trust that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly collects, or attempts to collect, delinquent consumer debts, including delinquent consumer debts in the State of Indiana. In fact, NCSLT was acting as a debt collector as to an alleged delinquent consumer debt it attempted to collect from Plaintiff.

## FACTUAL ALLEGATIONS

7. Defendant, Javitch Block on behalf of National Collegiate Student Loan Trust 2007-2 filed a lawsuit against Theresa Wampler and Tommy Wampler in the Jasper Superior Court under Cause Number 37D01-1601-CC-000040.

8. The alleged debt account was obtained for personal, family, or household purposes by Theresa Wampler as a student loan for educational purposes.

9. Mr. Wampler has denied owing the debt including execution of an alleged promissory note.

10. In fact, on July 11, 2022, Javitch Block LLC filed a Motion for Proceeding Supplemental in an attempt to collect regarding the alleged debt from Mr. Wampler. ( A true and accurate copy is attached as **Exhibit A**)

11. There was no legal right or basis for the filing of said document by Defendants, NCSLT and Javitch Block LLC.

12. Defendants through the filing of **Exhibit A** made a false statement to a Court or Tribunal.

13. This statement regarding the legal status of an alleged debt is an attempt to obtain money or property without a legal right or basis.

14. In additional to making this false statement to the Court, the Plaintiff's employer was contacted through Interrogatories with no legal basis for said communication.

15. Thus, the Defendants obtained information that it was not entitled to obtain from the Plaintiff's employer.

16. National Collegiate Student Loan Trust 2007-2 never obtained a Judgment against Mr. Wampler.

17. National Collegiate Student Loan Trust 2007-2 is responsible for the actions of their agent, Javitch Block LLC.

18. Mr. Wampler has and continues to suffer actual damages.

19. The Defendants, despite learning of Mr. Wampler hiring counsel, did not withdraw its' Motion for Proceeding Supplemental, file a Motion to Vacate the Order regarding the Motion for Proceeding Supplemental nor the Interrogatories that were filed and sent to the Plaintiff's Employer.

20. Plaintiff has incurred and continues to incur damages which include but are not limited to Attorney fees regarding his representation in the State Court Case.

21. Defendants have violated numerous provisions of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, et al..

22. Defendants by their conduct has violated 15 U.S.C. §1692c.

23. Defendants by their conduct has violated 15 U.S.C. §1692d.

24. Defendants by their conduct has violated 15 U.S.C. §1692e.

25. Defendants by their conduct has violated 15 U.S.C. §1692f.

26. Furthermore, any violation of the FDCPA is also a violation of the Indiana

Deceptive Consumer Sales Act, pursuant to IC 24-5-0.5-3(20).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Tommy Wampler against the Defendants for:

1. Mr. Wampler' actual damages.
2. The maximum amount of statutory damages provided under the FDCPA and Indiana Deceptive Sales Act.
3. Attorney's fees, litigation expenses and costs.
4. Such other and further relief as is appropriate.

Respectfully submitted

By _____
Michael P. McIlree

**JURY DEMAND**

_____
Plaintiff demands trial by jury.

**Michael P. McIlree, #19847-45**
**Attorney at Law**
**1531 S. Calumet Rd., Ste. 9**
**Chesterton, IN 46304**
**Tel: (219) 548-1800**
**Fax: (219) 548-5905**
**Mcilree1@aol.com**